IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JACQUES J. POLAK, </br></br>      Plaintiff, </br></br>v. </br></br>INTERNATIONAL MONETARY FUND, </br></br>      Defendant. | Civil Action No. 1:08-CV-01416 (RMU) |

## PLAINTIFF'S MOTION FOR STAY
## PENDING JURISDICTIONAL DISCOVERY

Plaintiff Dr. Jacques J. Polak, by and through undersigned counsel, hereby respectfully moves that the Court enter an order staying this action pending the outcome of jurisdictional discovery on the issue of Defendant International Monetary Fund's purported immunity from this Court's jurisdiction. As discussed in Plaintiff's opposition to Defendant's motion to dismiss, Plaintiff's proposed jurisdictional discovery is narrowly focused, will not unduly burden Defendant, and is necessary because this matter involves factual questions that cannot be determined by reference to the pleadings or to a self-serving affidavit that merely asserts legal conclusions.

                                                                      Respectfully submitted,

                                                                      /s/ Benjamin G. Chew
                                                                      Benjamin G. Chew (DC Bar #418577)
                                                                      John C. Hilton (DC Bar # 980801)
                                                                      PATTON BOGGS LLP
                                                                      2550 M Street, N.W.
                                                                      Washington, DC  20037
                                                                      Telephone: (202) 457-6000
                                                                      Facsimile: (202) 457-6315
                                                                      bchew@pattonboggs.com
                                                                      jhilton@pattonboggs.com

                                                                    *Counsel for Plaintiff Dr. Jacques J. Polak*

Dated: November 14, 2008

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 14th day of November, 2008, I served the foregoing PLAINTIFF'S MOTION FOR STAY PENDING JURISDICTIONAL DISCOVERY, with all attachments, via the Court's electronic system on Defendant's counsel, as follows:

> Patrick J. Carome, Esq. (DC Bar No. 385676)
> Christopher E. Babbitt, Esq. (DC Bar No. 982508)
> WILMER CUTLER PICKERING HALE and DORR LLP
> 1875 Pennsylvania Avenue, N.W.
> Washington, DC  20006
> Telephone: (202) 663-6000
> patrick.carome@wilmerhale.com
> christopher.babbitt@wilmerhale.com
>
> Christopher E. Hassell, Esq. (DC Bar No. 291641)
> BONNER KIERNAN TREBACH & CROCIATA, LLP
> 1233 20th Street, N.W.
> Suite 800
> Washington, DC  20036
> Telephone: (202) 712-7000
> chassell@bktc.net

> /s/ Benjamin G. Chew
> Benjamin G. Chew

4990305